IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:09-CR-087-SDJ-CAN |
| | § | |
| MARCO DEMON PERKINS | § | |
| | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 4, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Matt Johnson.

On April 30, 2012, United States District Judge Richard A. Schell sentenced Defendant to a term of one hundred eighty (180) months' imprisonment, ten (10) years of supervised release, and a special assessment fee of $100. On May 25, 2016, District Judge Schell reduced Defendant's imprisonment term to hundred forty-seven (147) months. Defendant's supervision commenced on March 5, 2019. On January 8, 2020, this matter was assigned to United States District Judge Sean D. Jordan.

On May 8, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 918). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances; and (3) Defendant shall participate in a program of testing

1

and treatment for drug abuse, under the guidance and direction of the United States Probation Office, until such time as Defendant is released from the program by the probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on December 13, 2019, Defendant's urine sample tested positive for cocaine, and Defendant subsequently signed a statement admitting to such; (2) on January 2, February 12, and April 22, 2020, Defendant's urine sample tested positive for cocaine; and (3) on July 20, 2019, and on March 9, April 7, and May 4, 2020, Defendant failed to submit a urine sample as directed by the United States Probation Office's random drug testing program.

At the March 4, 2021 hearing, Defendant entered a plea of true to allegations 1 and 3. *See* Dkt. 974. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked. Defendant consented to revocation of his supervised release, consented to the recommended sentence stated on the record by the undersigned, and waived his right to appear before the District Judge. *See* Dkt. 975.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 4, 2021 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, followed by eight (8) years of supervised release with the same conditions of release previously imposed. The Court further recommends Defendant be placed at Federal Correctional Institution Texarkana.

**So ORDERED and SIGNED this 9th day of March, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE